■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE COLON, Appellant.

Under the circumstances, we find that the Supreme Court did not abuse its discretion in denying the defendant's *pro se* motion to withdraw his pleas without holding an evidentiary hearing *(see, People v Tinsley,* 35 NY2d 926, 927). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.